UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :       Hon. Stanley R. Chesler

              v.                :       Crim. No. 06-00006 (SRC)

GUTHRIE LEAVELL, JR.            :       O R D E R


        This matter having come before the Court on the

petition of the United States Probation Office for a hearing

regarding the failure of defendant Guthrie Leavell, Jr. (Lisa

Mack, Assistant Federal Public Defender, appearing) to comply

with certain conditions of supervised release imposed on

September 18, 2007; and the defendant having waived the

preliminary hearing and having entered a guilty plea on June 24,

2009 to having violated a condition of his supervised release as

set forth in Violation No. 2 of the Amended Petition for Warrant

for Offender, which required that he not purchase, possess, use,

distribute, or administer any narcotic or other controlled

substance; and for good cause shown;

        IT IS on this 25th day of June, 2009,

        ORDERED that the defendant is adjudged guilty of having

violated a condition of his supervised release as set forth in

Violation No. 2 of the Amended Petition, which required that he

not purchase, possess, use, distribute, or administer any

narcotic or other controlled substance;

IT IS FURTHER ORDERED that Violation Nos. 1 and 3 of the Amended Petition are hereby dismissed; and

IT IS FURTHER ORDERED that the term of supervised release is hereby terminated.

HONORABLE STANLEY R. CHESLER
United States District Judge